172 A.3d 1082

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. A.A., DEFENDANT–PETITIONER.

C–281 September Term 2017
079486

November 09, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003459–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

172 A.3d 1083

A.L.I., PLAINTIFF–PETITIONER, v. D.W., DEFENDANT.

C–235 September Term 2017
079836

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005230–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.